**94–1.**  State ex rel. Northpoint Athletic Club II, Inc. v. Corrigan.  In Prohibition.  This cause originated in this court on the filing of a complaint for a writ of prohibition.  Upon consideration of relators' application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective March 14, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**94–12.**  State v. Thomas.  *Hamilton County,* No. C–920778.  This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Hamilton County and as a claimed appeal as of right.  Appellant's request for extension of time to file memorandum in support of jurisdiction was granted by this court on January 4, 1994.  Appellant's memorandum in support of jurisdiction was due on January 10, 1994.  It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.  Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed *sua sponte,* effective March 14, 1994.

**94–22.**  A.R. Fuhlbrigge, M.D., Inc. v. Midwest Med. Consortium, Inc.  *Lucas County,* No. L–92–144.  This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Lucas County to certify its record.  Appellant's request for extension of time to file a memorandum in support of jurisdiction was denied by this court on January 5, 1994.  It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.  Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed *sua sponte,* effective March 14, 1994.

**94–97.**  State v. Jackson.  *Hamilton County,* No. C–920430.  This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Hamilton County and as a claimed appeal as of right.  Appellant's request for extension of time to file memorandum in support of jurisdiction was denied by this court on January 18, 1994.  It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.  Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed *sua sponte,* effective March 14, 1994.

**94–210.**  State v. Sanford.  *Wood County,* No. 92WD057.  This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Wood County and as a claimed appeal as of right.  Appellant's request for extension of time to file memorandum in support of jurisdiction was denied by this court on March 4, 1994.  It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.  Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed *sua sponte,* effective March 14, 1994.